**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00813-CV
_____

**GABRIEL VASQUEZ, Appellant**

**V.**

**AT&T ADVERTISING, L.P. D/B/A AT&T YELLOW PAGES, Appellee**

On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 960357

## O R D E R

The reporter's record in this case was due October 10, 2011 *See* Tex. R. App. P. 35.2. **Laura Cutherell**, the official court reporter, has not filed the reporter's record. **Laura Cutherell** has not filed an extension of time to file the reporter's record. We therefore issue the following order.

We order **Laura Cutherell** to file the record in this appeal on or before **January 17, 2012**.

PER CURIAM